THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE SID DuPree, Defendant-Appellant.

(No. 73-78;

Second District—August 19, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Daniel T. Williams, Jr., of Rockford, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.